IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CR322 |
| vs. ) | |
| ) | ORDER |
| DANIEL G. SMITH, ) | |
| ) | |
| Defendant. ) | |

Before the court is defendant's Motion to Change Place of Trial [6]. The government has no objection [12]. Pursuant to NECrimR 18.1,

IT IS ORDERED:

1. The defendant's Motion to Change Place of Trial [6] is granted;

2. Trial shall be held in Lincoln, Nebraska.

DATED September 17, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge