IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR322 |
| | ) | |
| V. | ) | |
| | ) | |
| DANIEL G. SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's unopposed motion to continue trial (filing 19) is granted.

(2)   Trial of this case as to Defendant Smith is continued to March 1, 2010, before the undersigned United States district judge, as the number one criminal case, for three days, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161.

DATED this 4th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge