IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR322 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DANIEL G. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue sentencing (filing 36) is granted.

(2) Defendant Smith's evidentiary hearing and sentencing are continued to Wednesday, August 25, 2010, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

Dated August 18, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge